

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-15-00348-CR

**IN RE** Sylvia **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

On June 8, 2015, relator filed a petition for writ of mandamus and an emergency motion to stay proceedings. Relator subsequently filed an amended motion for stay and supplemental mandamus petition on June 15, 2015. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than June 26, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The jury trial in the underlying criminal proceeding, Cause No. 2014-CR-1384, styled *The State of Texas v. Sylvia Martinez*, is temporarily stayed pending further order of this court.

It is so **ORDERED** on June 17, 2015.

PER CURIAM

ATTESTED TO: _____
                     Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR1384, styled *The State of Texas v. Sylvia Martinez*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Steve Hilbig presiding.